JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUN 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORY CHRISTOPHER WATTS,<br><br>        Petitioner,<br><br>    v.<br><br>A. HEDGGEPETH, Warden,<br><br>        Respondent. | NO. CV 07-2765 ODW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 06/18/2008

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE